UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CARPENTERS PENSION TRUST FUND,<br><br>                      Plaintiff,<br><br>v.<br><br>KEITH WALKER,<br><br>                      Defendant. | No. C 12-01447 (CRB)<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE**<br><br>Date:     TBA<br>Time:    TBA<br>Place:   450 Golden Gate Avenue<br>           San Francisco, CA 94102<br>           Courtroom 6, 17th Floor<br><br>Judge:   Hon. Charles R. Breyer |
|---|---|

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

Plaintiff is **granted** an additional ninety (90) days, until October 18, 2012, to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, to allow a Voluntary Dismissal Without Prejudice. The case management conference is rescheduled for November 16, 2012 at 8:30 a.m..

Dated: July 19, 2012                           _____
                                                       CHARLES R. BREYER
                                                       United States District Judge

123923/674270

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

[Proposed] Order Granting Plaintiff's *Ex-Parte* Application For An Order Extending Time To Complete Service     Case No. 12-01447