UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>   Plaintiff,<br><br>  v.<br><br>KEITH WALKER, et al.,<br><br>   Defendants. | Case No. 12-cv-01447-WHO<br><br>**JUDGMENT** |

On April 17, 2014 and January 15, 2015, the Court granted the plaintiff's motions for summary judgment. In accordance with both of those orders, the Court ENTERS judgment in favor of plaintiff The Carpenters Pension Trust Fund for Northern California and against defendants Keith Walker, the Keith Walker Trust dated March 17, 1999, the Keith Walker Trust dated May 17, 1999, the Real Estate Leasing Business operated by the Keith Walker Trust, K&M Industries, Inc. and D&B Engineered Applications, Inc., in the amount of $1,726,476 in assessed withdrawal liability, together with interest, liquidated damages and reasonable attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: January 15, 2015



WILLIAM H. ORRICK
United States District Judge