**EJ-130**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address):* | FOR COURT USE ONLY |
|---|---|
| Ezekiel D. Carder, Bar No. 206537<br>Weinberg,Roger & Rosenfeld<br>1001 Marina Village Parkway, Suite 200<br>Alameda, California 94501 | |

TELEPHONE NO.: 510-337-1001    FAX NO.: 510-337-1023
E-MAIL ADDRESS: ecarder@unioncounsel.net
ATTORNEY FOR *(Name):* The Board of Trustees, et al.
[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: The Board of Trustees of the Carpenters Pension Trust Fund for Northern California
DEFENDANT: Keith Walker, et al.

| WRIT<br>OF | [X] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF [ ] Personal Property<br>[ ] [ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>12-cv-01447-WHO |
|---|---|---|
| | | [ ] Limited Civil Case   [ ] Small Claims Case<br>[X] Unlimited Civil Case  [ ] Other _____ |

1. **To the Sheriff or Marshal of the County of:** San Francisco

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* The Board of Trustees of the Carpenters Pension Trust Fund for Northern California

   is the [X] judgment creditor   [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

   | See Attached

   [X] Additional judgment debtors on next page

5. **Judgment entered on** *(date):* January 16, 2015

6. [ ] **Judgment renewed on** *(dates):*

7. **Notice of sale** under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see next page).*
8. [ ] Joint debtor information on next page.

[SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment . . . . . . . . . . . . . . . . . . $ 1,964,834.68
12. Costs after judgment (per filed order or memo CCP 685.090) . . . . . . . . . . . . . $ 0.00
13. Subtotal *(add 11 and 12)* . . . . . . . . . . . $ 1,964,834.68
14. Credits . . . . . . . . . . . . . . . . . . . . . . . $ 0.00
15. Subtotal *(subtract 14 from 13)* . . . . . . . $ 1,964,834.68
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) . . $ 2,493.46
17. Fee for issuance of writ . . . . . . . . . . . . $ 0.00
18. **Total** *(add 15, 16, and 17)* . . . . . . . . . . $ 1,967,328.14
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of . . . . . . . . . $ 12.92
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) . . . . . . . . . . . . . . $ 0.00
    [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

RICHARD W. WIEKING

Issued on *(date):* 7/29/15    Clerk, by _____, Deputy
ALFRED AMISTOSO

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

WRIT OF EXECUTION

Legal Solutions Plus

Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5

**EJ-130**

| PLAINTIFF: The Board of Trustees of the Carpenters Pension Trust Fund for Northern California | CASE NUMBER: |
|---|---|
| DEFENDANT: Keith Walker, et al. | 12-cv-01447-WHO |

### — Items continued from page 1—

21. [X] **Additional judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

See Attached

22. [ ] **Notice of sale** has been requested by *(name and address):*

23. [ ] **Joint debtor** was declared bound by the judgment (CCP 989–994)
   a. on *(date):*       a. on *(date):*
   b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:       b. name, type of legal entity stated in judgment if not a natural person, and last known address of joint debtor:

   c. [ ] additional costs against certain joint debtors *(itemize):*

24. [ ] *(Writ of Possession* or *Writ of Sale)* **Judgment** was entered for the following:
   a. [ ] Possession of real property: The complaint was filed on *(date):*
      **(Check (1) or (2)):**
      (1) [ ] The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
         The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
      (2) [ ] The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
         (a) $ _____ was the daily rental value on the date the complaint was filed.
         (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following dates *(specify):*
   b. [ ] Possession of personal property.
      [ ] If delivery cannot be had, then for the value *(itemize in 24e)* specified in the judgment or supplemental order.
   c. [ ] Sale of personal property.
   d. [ ] Sale of real property.
   e. Description of property:

---

### NOTICE TO PERSON SERVED
WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.
► *A Claim of Right to Possession form accompanies this writ (unless the Summons was served in compliance with CCP 415.46).*

| PETITIONER/PLAINTIFF: The Board of Trustees, et al. | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: Keith Walker, et al. | 12-cv-01447-WHO |

Judgment Debtors

KEITH WALKER, the KEITH WALKER TRUST dated March 17, 1999, the KEITH WALKER TRUST dated May 17, 1999, the REAL ESTATE LEASING BUSINESS operated by the KEITH WALKER TRUST, K&M INDUSTRIES, INC., and D&B ENGINEERED APPLICATIONS, INC.

885 N. San Antonio Road, Suite K
Los Altos, California  94022

Legal
Solutions
Plus